**Entered on Docket**
**February 17, 2022**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



The following constitutes the order of the Court.
Signed: February 17, 2022

_____
**Stephen L. Johnson**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re **ANNIE KIM LE**, <br><br> Debtor. <br> **SPARTAN TANK LINES, INC.**, <br><br> Plaintiff, <br><br> v. <br><br> **ANNIE KIM LE**, Debtor, <br><br> Defendant. | Case No. 21-50179 SLJ <br> Chapter 7 <br><br> Adv. Proc. No. 21-5022 |

## JUDGMENT

On December 21, 2021, I granted Plaintiff Spartan Tank Lines, Inc.'s motion for summary judgment in full, granting Plaintiff $42,278.88 in nondischargeable damages under § 523(a)(2)(A). ECF 43. And on February 16, 2022, I partially granted Plaintiff's motion for costs and attorney fees, awarding $5,825.60 in costs. Accordingly, it is hereby ordered, adjudged, and decreed that:

1. Judgment be entered against Defendant Annie Kim Le and in favor of Plaintiff on Plaintiff's § 523(a)(2)(A) claim;

2. Plaintiff be awarded $42,278.88 in nondischargeable damages; and

3. Plaintiff be further awarded $5,825.60 in nondischargeable costs.

The Clerk is directed to close the file.

IT IS SO ORDERED.

**END OF ORDER**

JUDGMENT 2/3

Case: 21-05022   Doc# 55   Filed: 02/17/22   Entered: 02/17/22 13:59:47   Page 2 of 3

**COURT SERVICE LIST**

U.S. Mail:
Annie Kim Le
1701 Tustin Dr
San Jose, CA 95122

[ECF recipients]